# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140212

MICHAEL D. RAINEY,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 140212
CoA: 294360

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 22, 2010, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2010

_____
Clerk

jam